### BARTHOLEMEW *against* JUDYKUNST.

Though the court might not be disposed to grant a new trial, because the verdict was against the weight of evidence, yet they will do so, when it is in accordance with the inclination of the judge who tried the cause.

APPEAL from the Circuit Court of *Lycoming* county, held by *Justice Kennedy.*

This was an action on the case by *Edward* and *John Bartholemew,* against *Charles Gudykunst,* for falsely representing the power and capacity of a stream of water, forge and grist-mill, rented by the defendant to the plaintiffs. The jury found a verdict for the plaintiffs for two hundred and seventy dollars, which the defendant moved to set aside, on the ground, that it was against the weight of evidence. The motion having been over-ruled, he appealed.

*Ellis* and *Armstrong* for appellants.
*Anthony* and *Campbell,* contra.

PER CURIAM.—The verdict appears to us to be greatly against the weight of the evidence; and though we might not be disposed to grant a new trial for that cause alone, yet in accordance with the inclination of the judge who tried the cause, we think it ought to be sent to another jury.

Judgment reversed and a new trial awarded.